EDWIN R. JASCHKE, Appellant, v. ADAM O. WEISENSEE and Others, Respondents. — Order granting defendants' motion to dismiss complaint reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to said defendants to answer within twenty days from service·of a copy of the order herein upon payment of such costs. Any member or members of the association may maintain an action in equity against the president or treasurer, either for the purpose of recovering his or their proportionate share of the assets or for an accounting. (Gen. Assn. Law, § 13; ▌ *Ludlum* v. *Wagner*, 212 App. Div. 779.) Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

LOUIS KATZOFF, Respondent, v. CHARLES EIGER, Appellant.— Order directing defendant to submit to a second examination before trial affirmed, with ten dollars costs and disbursements; examination to proceed at same place and hour on five days' notice. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

EVA KOWENSKY, Respondent, v. HARRY KOWENSKY, Appellant.— Order granting plaintiff's motion for counsel fee reversed upon the law and the facts, without costs, and motion denied, without costs. The papers submitted in support of the motion do not show that there is a reasonable likelihood of plaintiff's success in the trial of the action. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

JOHN L. KRONFELD, Appellant, v. KEW GARDENS CORPORATION, Respondent.— Order, in so far as it denies motion to strike out third defense in answer, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

NATHAN LINDER, Respondent, v. ABRAHAM KATZ, Appellant.— Order denying defendant's motion for arbitration and stay affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

BLANCHE MALHERBE, Respondent, v. LOUIS LANDBERG, Appellant, and WILLIAM MOSKOWITZ, Defendant.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.